1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   TOMMY JAY EUGENE JOSEPH REID,          1:25-cv-001541-HBK (PC)

12              Plaintiff,

13        v.                                ORDER TRANSFERRING CASE TO
                                            SACRAMENTO DIVISION
14   STANISLAUS COUNTY PUBLIC
     SAFETY CENTER,
15
                Defendant.
16

17        Plaintiff, a prisoner, initiated this *pro se* action by filing a civil rights complaint under 42

18   U.S.C. § 1983 on November 12, 2025.[1]  (Doc. No. 1).  Because the events giving rise to the cause

19   of action occurred at Stanislaus County Public Safety Center, located in Modesto and Stanislaus

20   County, Plaintiff should have filed his complaint in the Sacramento Division of this Court.  *See*

21   28 U.S.C. § 1391(b); *see also Ziegler v. Indian River County*, 64 F.3d 470, 474 (9th Cir. 1995)

22   (reviewing federal court jurisdiction and venue in a § 1983 action); E.D. Cal. Local Rule 120(d).

23        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

24   court may, on the court's own motion, be transferred to the correct court.  The Court finds it in

25   the interests of justice to transfer this case to the Sacramento Division of this Court under 28

26   U.S.C. § 1406(a) and E.D. Cal. Local Rule 120(f).

27        ////

28
     _____
     [1] Plaintiff did not accompany his complaint with the requisite filing fee or an application to proceed *in forma pauperis*.

                                            1

1    Accordingly, it is **ORDERED**:

2    1.    The Clerk of Court is directed to transfer this action to the Sacramento Division of

3    this Court and close the action in the Fresno Division.

4    2.  All future filings shall refer to the new Sacramento case number assigned and shall be

5    filed at:

6    United States District Court
     Eastern District of California
7    501 "I" Street, Suite 4-200
     Sacramento, CA 95814

8

9

10   Dated:    November 17, 2025

11   HELENA M. BARCH-KUCHTA
     UNITED STATES MAGISTRATE JUDGE

2