UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY JAY EUGENE JOSEPH REID,<br><br>Plaintiff,<br><br>v.<br><br>STANISLAUS COUNTY PUBLIC SAFETY CENTER,<br><br>Defendant. | No. 2:25-cv-3329 CSK P<br><br><br>ORDER |

Plaintiff, a county jail inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his inmate trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff is provided the opportunity to submit a certified copy of his inmate trust account statement.

////
////
////
////
////
////

1

In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified copy of his inmate trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: December 10, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/reid3329.3c.new