UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY JAY EUGENE JOSEPH REID,

Plaintiff,

v.

STANISLAUS COUNTY PUBLIC SAFETY CENTER,

Defendants.

No. 2:25-cv-3329 DAD CSK P

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING COMPLAINT WITHOUT PREJUDICE

(Doc. No. 11)

Plaintiff, a county jail inmate proceeding *pro se* and *in forma pauperis*, filed this civil rights action on November 12, 2025, seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On October 1, 2026, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to prosecute. (Doc. No. 11.) As the magistrate judge noted in recommending dismissal of this action without prejudice, plaintiff's complaint was dismissed on screening and he was granted leave to file an amended complaint within thirty (30) days and failed to do so. (*Id.* at 1) (citing Doc. No. 9).

/////

Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id*. at 2.) No objections to the findings and recommendations have been filed by plaintiff, nor has plaintiff otherwise communicated with the court, and the time to do so has passed.[1]

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the magistrate judge's analysis.

Accordingly:

1. The findings and recommendations issued October 1, 2026 (Doc. No. 11), are adopted in full;
2. This action is dismissed without prejudice due to plaintiff's failure to prosecute (see Fed. R. Civ. P. 41(b)); and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 10, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] The court notes that although plaintiff was served with both the August 12, 2026 order to show cause and the October 1, 2026 findings and recommendations at his address of record, they were returned to the court by the U.S. Postal Service as "undeliverable, Not in custody." It thus appears that plaintiff has also failed to keep the court apprised of his current address as required by the Local Rules of this court.